**In the Matter of Mandel HEROLD, Debtor.**

**No. 51160.**

United States District Court
E. D. New York.

June 11, 1954.

Edward S. Friedland, New York City, for debtor.

Sibyl C. Welling, New York City, for objecting creditor.

GALSTON, District Judge.

Petition denied. I agree entirely with the decision of the referee. Settle Order.